IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JORDAN BUCKELEW, | ) | |
| | ) | |
| Defendant. | ) | |

The court CONTINUES the sentencing of Jordan Buckelew until its December 2022 term of court.

SO ORDERED. This 14 day of October, 2022.

JAMES C DEVER III
United States District Judge